

**Talmer Bank and Trust**
120 N. Main Street
Mt. Clemens, MI 48043

**David R. Fitch**
Macomb Commercial Banking

December 23, 2011

Mohammed Alomari
Life for Relief & Development
17300 W. 10 Mile Road
Southfield, MI 48075

RE: Checking Account #298702457

Dear Mohammed:

We are writing to inform you that we can no longer service your accounts held at Talmer Bank and Trust. In reference to our "Business and Personal Checking and Savings Account Contract" section 2.34, the clause allows us to close an account at any time with or without cause, by sending you notice and a check for the balance in our possession to which you may be entitled. At our discretion, we have the authority to pay an otherwise properly payable check, which is presented after the closing of your account.

We will no longer accept deposits, wire transfers or any other transactions on the accounts beginning December 23, 2011. The accounts will be closed on January 17, 2012 and the remaining balance will be mailed to you; however, you may close the accounts at any time prior to January 17, 2012.

If you have any questions regarding this matter please contact me.

Sincerely,

David R. Fitch
Managing Director and Group Manager

Contact Information
120 N. Main Street • Mt. Clemens, MI 48043
Office Phone: (586) 677-8709 • Fax: (586) 463-6644
Home Phone: (586) 264-6034 • Cell: (586) 764-3506
Email: dfitch@talmerbank.com