# EXHIBIT E

7/27/2016   19308 Winmeade Drive, Leesburg, VA 20176 to Theodore Levin United State Courthouse, 231 West Lafayette Boulevard - Google Maps

