UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LIFE FOR RELIEF &
DEVELOPMENT, a Foreign Not-For
Profit Organization,

        Plaintiff,

v.                                                  Case No. 12-CV-13550
                                                     Honorable Denise Page Hood

BANK OF AMERICA, N.A.,
a national banking association,

        Defendant.
_____/

**ORDER REGARDING MOTIONS IN LIMINE Docket Numbers 93, 100, 101, 102, 103, 104, AND 105**

Both parties filed various Motions in Limine in this matter. For the reasons stated on the record, on August 1, 2016, Defendant's Motion to Add its Corporate Representative to the Parties' Forthcoming Joint Final Pretrial Order **(Doc. # 93)** is **DENIED**. Defendant's Motion to Preclude Testimony by Plaintiff's Designated Expert Michael A. Kaszubksi From Testifying at Trial **(Doc. # 100)** is **GRANTED IN PART and DENIED IN PART**. Defendant's Motion in Limine to Exclude Any Evidence Related to Dennis Lormel's Expert Testimony or Opinion **(Doc. # 101)** is **DENIED**. Defendant's Motion to to Preclude Plaintiff from Introducing

Testimony by Christa Marshall on Whether Plaintiff Committed a Financial Crime **(Doc. # 102)** is **GRANTED IN PART and DENIED IN PART**. Plaintiff's Motion in Limine to Exclude Three Newly-Added Witnesses **(Doc. # 103)** is **GRANTED IN PART and DENIED IN PART**. Plaintiff's Motion in Limine to Exclude Any Adverse Information About Plaintiff Not Used In Its Decision to Investigate and Close Plaintiff's Bank Accounts **(Doc. # 104)** is **GRANTED**. Defendant's Motion in Limine to Preclude Plaintiff from Introducing Evidence that Defendant Discriminated Against Plaintiff by Restricting Wire Transfers **(Doc. # 105)** is **DENIED**.

    **IT IS ORDERED.**

                      S/Denise Page Hood
                      Denise Page Hood
                      Chief Judge, United States District Court

Dated: August 18, 2016

I hereby certify that a copy of the foregoing document was served upon counsel of record on August 18, 2016, by electronic and/or ordinary mail.

                      S/LaShawn R. Saulsberry
                      Case Manager